157 A.3d 839

MICHAEL CHASE, APPELLANT–PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT–RESPONDENT.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004944–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.